**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>           PLAINTIFF,<br><br>      v.<br><br>TREVOR R. MILTON,<br><br>           DEFENDANT. | Civil Action No. 21-cv-06445-AKH |

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Bradley J. Bondi of Cahill Gordon & Reindel LLP hereby enters his appearance as counsel for Defendant Trevor R. Milton in the above-captioned proceeding. I certify that I am admitted to practice in this Court. By filing this notice of entry of appearance, Mr. Milton does not waive, and expressly preserves, his rights to assert any and all defenses in this matter, including, but not limited to, improper venue, insufficiency of service and lack of personal jurisdiction.

Dated:  August 2, 2021                         Respectfully submitted,

                                                             /s/ Bradley J. Bondi
                                                             Bradley J. Bondi (BB-7497)
                                                             **CAHILL GORDON & REINDEL LLP**
                                                             1990 K Street, N.W., Suite 950
                                                             Washington, D.C. 20006
                                                             Telephone:  202-862-8910
                                                             bbondi@cahill.com